**JIREH CONSULTING INC. (doing business as The Writing Company), Plaintiff,**

and

**Jerroll M. Sanders, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5040.

United States Court of Appeals, Federal Circuit.

Oct. 17, 2005.

Jerroll M. Sanders, David B. Stinson, pro se.

GAJARSA, Circuit Judge.

### *ORDER*

Jerroll M. Sanders submits a nonconforming informal brief. The United States responds.

Sanders did not attach a copy of the judgment of the United States Court of Federal Claims to her informal brief. Nevertheless, we accept her brief for filing.*

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is reinstated.

(2) The court's August 2, 2005 dismissal order is vacated, the mandate is recalled, and the appeal is reinstated.

---

* The court requests that the United States attach a copy of the trial court judgment to its brief.

(3) The United States' brief is due within 21 days of the date of filing of this order.